## To AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Elizabeth Becker, being duly sworn, hereby depose and state as follows:

### BACKGROUND OF AFFIANT

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), having served in this capacity since December 2017. Prior to my employment with the FBI, I served as a Police Officer with the Santa Fe, New Mexico Police Department from September 2008 until June 2017. During my tenure with the Santa Fe Police Department, I received specialized training as a Detective in narcotics, property crimes, fugitive apprehension and violent crimes, and served as a Task Force Officer with the United States Marshals Service. During my tenure with the FBI, I have been assigned to the High Intensity Drug Trafficking Area/Safe Streets Violent Drug Gang Task Force of FBI's Philadelphia Division, which investigates, among other violations of federal law, violent drug gangs, and criminal organizations including those involved in the importation, distribution, and manufacturing of controlled substances, outlaw motorcycle gangs, and homicides and shootings resulting from the drug trade. In January 2021, I completed 6 months of on-the-job training with FBI's Criminal Cyber Unit, investigating cyber-intrusion, cyber-stalking, and financial crimes. Currently, I am assigned to FBI Philadelphia's Fort Washington Residence Agency, where I investigate violent crimes and crimes against children.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging **SAMUEL OLASUNKANMI ABIODUN** ("**ABIODUN**"), a Nigerian citizen, adult male with the date of birth ▮▮/1999, with the following criminal offenses: 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1956(h) (conspiracy to commit money laundering).

3. The facts set forth in this affidavit are based upon my personal observations, training, experience, and information obtained from various law enforcement personnel, witnesses, and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. Where I assert that an event took place on a particular date and/or at a particular time, I am asserting that it took place on or about that date and/or at approximately that time.

## PROBABLE CAUSE

### Summary of Probable Cause

4. On January 4, 2023, J.S., ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, committed suicide within the Eastern District of Pennsylvania after being extorted in a fraudulent scheme through the internet.

5. The FBI tracked J.S.'s payments through the Zelle online payment platform, and concluded that an unsuccessful $1,000 extortion payment on January 3, 2023 from J.S. was directed to a Bank of America account controlled by **AFEEZ OLATUNJI ADEWALE**. Based on my discussion with Bank of America's representatives on August 28, 2023, the servers which process Bank of America Zelle payments are located in Texas or Virginia (i.e. outside Pennsylvania).

6. An undercover FBI employee contacted a digital account used to extort J.S., and was instructed to make a payment to a specific cryptocurrency address. The FBI tracked that payment through intermediate cryptocurrency wallets to the Binance cryptocurrency platform, and discovered that the recipient of the payment was **ABIODUN**.

7. On August 17, 2023, defendant **ADEWALE** was arrested by Nigerian authorities for his involvement in this extortion scheme. During a custodial, Mirandized interview, **ADEWALE** admitted that he sent and received money on behalf of **ABIODUN**, an individual he knew to be involved in fraud. **ADEWALE** also admitted to FBI Special Agents that he controlled the email account and bank account associated with the unsuccessful $1,000 payment from J.S.

8. A consensual search of **ADEWALE**'s cell phone showed that on the night of January 3 through January 4, 2023 – the time period during which J.S. was extorted and committed suicide – there were approximately 8 incoming calls from **ABIODUN** to **ADEWALE** on WhatsApp. The cell phone search also showed that, during that time, **ABIODUN** had saved an image of the Zelle payment application showing the phone number for the account linked to the $1,000 payment from J.S.

9. Based on my training and experience, returns from subpoenas, search warrants, and 18 U.S.C. § 2703(d) orders, along with interviews of **ADEWALE** and records recovered from a consensual search of his phone, **ABIODUN** (1) participated in a wire fraud scheme which caused wires to be transmitted from the Eastern District of Pennsylvania in interstate commerce, in violation of 18 U.S.C. § 1343 (wire fraud), and (2) conspired to commit money laundering in violation of 18 U.S.C. § 1956(h).

## The Online Extortion Scheme

10. The United States, including the FBI, has been investigating an extortion scheme that targeted victim J.S., ███████████████████████████ who was located in the Eastern District of Pennsylvania at the time of the scheme.

11. On January 4, 2023, at approximately 3:57 p.m. EST, Abington Township police officers were dispatched to the rear parking lot of the Bryner Chevrolet Dealership, located in Jenkintown, Pennsylvania, for a report of a pedestrian struck by a train. The pedestrian, later identified as J.S., was deceased.

12. It was discovered that Bryner Chevrolet Dealership had Closed Circuit Television footage which clearly showed that the incident was a suicide. I reviewed this video, which shows J.S. arriving at the location on his bicycle, parking his bicycle in the far northeast corner of the parking lot around 3:47 p.m. EST, and pacing near the embankment of the train tracks while using his cell phone. At approximately 3:55 p.m. EST, the video shows a southbound train approaching, at which point J.S. runs up the embankment and dives in front of the train.

13. J.S.'s father later reviewed J.S.'s Apple iPhone, and observed that notifications of emails from **ALICEDAVE660@GMAIL.COM** appeared repeatedly. J.S.'s father emailed that address using his own email account, identifying himself as J.S.'s father and requesting a phone call. **ALICEDAVE660@GMAIL.COM** refused to speak with J.S.'s father by phone, and instead directed via iMessage that J.S. "reply me if he doesn't want trouble." After J.S.'s father made additional attempts to contact **ALICEDAVE660@GMAIL.COM**, that account sent an iMessage asking, "Have you fixed the bank."

14.     Thereafter, **ALICEDAVE660@GMAIL.COM** sent the following iMessages to J.S.'s father:



15.     **ALICEDAVE660@GMAIL.COM** also sent to J.S.'s father two screenshots of the photographs. The screenshots included photos of J.S. with his genitalia exposed and screenshots of the Instagram[1] profiles of J.S.'s relatives. Based on my training and experience, this screenshot communicated the threat that, in the absence of payment, the individual(s) using **ALICEDAVE660@GMAIL.COM** would share embarrassing photographs of J.S. with J.S.'s Instagram contacts.

---

[1] Instagram is a social media application that permits users to share photos, videos, and messages.

5

### Identification of Defendant AFEEZ OLATUNJI ADEWALE

16. In the days following J.S.'s suicide, J.S.'s father discovered suspicious banking transactions on J.S.'s checking account. That account was a joint checking account held by J.S. and J.S.'s mother at Truist Bank in Glenside, PA. During January 3-4, 2023, J.S. made a number of payments through Zelle,[2] including one successful $1,000 payment to a recipient named "J K" associated with the phone number ███-███-4777 ("**the 4777 phone number**") and an unsuccessful $1,000 payment to a recipient named "J K" with the email address **ANTONIAANDY7226@GMAIL.COM**.

17. On March 13, 2023, FBI served a subpoena on Zelle for transaction activity and account information for "J K" which showed that the account holder for the completed $1,000 used BB&T Bank, and that the account was associated with the **4777 phone number**. That subpoena also showed that the unsuccessful $1,000 payment associated with the email address **ANTONIAANDY7226@GMAIL.COM** was directed to a Bank of America account for Antonia Diaz. Based on a conversation with a Bank of America representative on August 28, 2023, I know that Bank of America's servers, which process Zelle payments, are located in either Virginia or Texas.

18. On March 3, 2023, the FBI served an 18 U.S.C. § 2703(d) order on Google LLC for information relating to **ANTONIAANDY7226@GMAIL.COM** and multiple other accounts discovered during this investigation. On March 28, 2023, Google provided records revealing that **ANTONIAANDY7226@GMAIL.COM** was linked to multiple other accounts with similar names: d.antonia2580@gmail.com, antoniadiaz2580@gmail.com and antoniadiaz2850@gmail.com. **AFEEZOLATUNJI858@GMAIL.COM** and

---

[2] Zelle is a digital payment processor which allows for sending payments over the internet.

AFEEZOLATUNJI72@GMAIL.COM were also linked to ANTONIAANDY7226@GMAIL.COM.

19. On May 5, 2023, FBI served another order under 18 U.S.C. § 2703(d) on Google. In response, Google provided information revealing that all of the email addresses listed in the preceding paragraph were linked by email and Android ID. The two "afeezolatunji" Gmail accounts identified above were linked by email and Android ID. They were also linked to the same phone number: **+234▮▮▮▮5076 ("the 5076 phone number")**. +234 is the country code for Nigeria.

20. On April 17, 2023, FBI sent a request to the Nigerian government's Economic and Financial Crimes Commission ("EFCC") requesting assistance with identifying the user of **the 5076 phone number**. The EFCC responded that the phone number was registered to a Nigerian national, defendant **AFEEZ ADEWALE OLATUNJI ("OLATUNJI")**, date of birth ▮▮/1999.

### Identification of Samuel Olasunkanmi Abiodun

21. At the time of J.S.'s death, J.S. had an active Snapchat[3] account, ▮▮▮▮. In March 2023, J.S.'s father logged into J.S.'s Snapchat account. J.S.'s father observed that J.S.'s Snapchat account had been receiving Snapchat messages from Snapchat account ALICE_D013, who was listed in J.S.'s "friends" list on Snapchat. J.S.'s father, posing as J.S., sent a Snapchat message back to ALICE_D013. A portion of the exchange of messages between jsully_13ku and ALICE_D013 in March 2023 is shown below:

▮▮▮▮         Who is this?

ALICE_D013 :    Alice

---

[3] Snapchat is a mobile application that provides users a way to share photos, videos, and chats.

                    **Pay me the money you owe me**

                    **I lend you 1000 last semester**

                    **I need my money for my school bills**

                    **Stop doing this to me**

                    **I need it I'm in enough trouble already**

                    **Hey**

                    **Pay me my fucking money!!!!**

                    **Hey pay me!!!!**

                    **I did you a favor by helping you and now you don't want to pay me back**

                    **So you won't reply me anymore huh**

                    **No problem**

| | |
|---|---|
| **ALICE_D013 :** | **Hello** |
| **ALICE_D013 :** | **Pay me my money** |
| | **MF** |
| **ALICE_D013 :** | **Fucking pay me** |
| | **WTF** |
| ▇▇▇▇ | **How bout a gift card?** |
| **ALICE_D013 :** | **Okay o have** |
| | **I have a friend ready to buy steam card** |
| | **So get a steam card** |
| ▇▇▇▇ | **I don't know what that is** |
| **ALICE_D013 :** | **It's at the store** |

|  |  |
|---|---|
|  | **Get steam card or iTunes card** |
| ▓▓▓▓▓ | **And send where?** |
| **ALICE_D013 :** | **Once you get it let me know** |
|  | **I will tell you where to send it** |
|  | **?** |
| **ALICE_D013 :** | **Keep taking screenshots** |
|  | **You want yourself out** |
|  | **And I will help you make it public** |

22.    At the direction of law enforcement agents, J.S.'s father took screenshots of available conversations between ▓▓▓▓▓ and **ALICE_D013**.

23.    On May 5, 2023, the Honorable Sandra Wells, United States Magistrate Judge, issued a federal search warrant for the Snapchat account **ALICE_D013**. In response, Snapchat produced records, including subscriber information, chats, and screenshots, indicating that this account was used to extort or attempt to extort numerous individuals.

24.    Subscriber information for the **ALICE_D013** account revealed the Nigerian phone number **+234**▓▓▓▓▓**0471 ("the 0471 number")** and the recovery email address **MAILBOXMAILBOX58@GMAIL.COM**.

25.    On March 30, 2023, an Undercover FBI employee ("UCE") sent a friend request to **ALICE_D013** on Snapchat. After the friend request was accepted, the UCE purported to be a friend of J.S. The UCE requested that **ALICE_D013** stop harassing and extorting J.S. **ALICE_D013** advised the UCE that a payment of $1,000 would stop the harassment. The UCE told **ALICE_D013** that J.S.'s father had taken J.S.'s phone and would not let J.S. send text messages – and therefore **ALICE_D013** should discuss the matter with the UCE. Over the

course of one week, **ALICE_D013** offered a variety of payment methods for the UCE to make a payment to **ALICE_D013**. Those options included: an iTunes or Steam gift card, a Venmo payment, a Paypal payment, or payment via Bitcoin (a cryptocurrency). Excerpts of the Snapchat conversation between ALICE_D013 and the UCE are shown below:

| | |
|---|---|
| **ALICE_D013:** | Which ▮ |
| **UCE:** | You've been asking him for money |
| **ALICE_D013:** | He owe me 1000 |
| | I borrowed him last semester in school |
| | and now he's not going to pay back and this |
| | money is for my school bill And my parent |
| | must not know |
| | I even email him that I will be in trouble and |
| | his dad [] replied me but they still |
| | don't want to pay me |
| | I'm in serious trouble in school rn |
| **UCE:** | He's not doing well I know you didn't borrow money from him |
| **ALICE_D013:** | What do you mean |
| **UCE:** | I know he sent you pictures and that's why you wanted money. I'm trying to him go away |
| **ALICE_D013:** | What do you mean |
| | Where is he |

10

Several days later, the UCE exchanged additional messages with **ALICE_D013**, as shown below:

| | |
|---|---|
| **ALICE_D013 :** | **Hey what's up** |
| | **Pay my money** |
| **UCE:** | **I don't have that much money** |
| | **I can't like take $1000 from my mom without her noticing** |
| | **Wheee do you live can I like meet you in person to like give something** |
| | **??!?!** |
| **ALICE_D013 :** | **How much can you send** |
| **UCE:** | **I told you I'm not 18 no job** |
| | **I have like $5** |
| **ALICE_D013 :** | **Tell him to text me** |
| **UCE:** | **He's too upset he doesn't want to talk to you** |
| | **so I'm trying to help** |
| | **He just doesn't have to money so like idk** |
| | **what else we can do** |
| **ALICE_D013 :** | **Okay** |
| | **When I ruin his life he will reply me** |

26.     On April 7, 2023, the UCE sent a $90 payment (to satisfy **ALICE_D013**'s demands) to a Bitcoin wallet designated by **ALICE_D013**. That transaction involved sending a wire from inside the Eastern District of Pennsylvania to a destination outside

Pennsylvania. Soon after, **ALICE_D013** confirmed receipt of the funds, promised to temporarily delete photographs of J.S., and then stated that an additional $500 would be required to permanently delete the photos. The following Snapchat exchange between the UCE and **ALICE_D013** occurred after the Bitcoin transfer:

| | |
|---|---|
| **ALICE_D013 :** | **I got it** |
| | **Why is ▆ not texting me** |
| **UCE:** | **Told you dad took his phone** |
| **ALICE_D013 :** | **Okay** |
| | **Coz it was 1000 he was suppose to send not 100 or 90** |
| **UCE:** | **That's all I can get rn** |
| | **Idk if I can get more but u said if I sent it ud stop** |
| **ALICE_D013 :** | **Okay get more** |
| | **I will temporary delete** |
| | **It's temporary** |
| | **Get more even if it's up to 500 I will delete it permanently** |
| **UCE:** | **Not cool you said you'd stop** |
| | **I'm only 17 it was hard to get this** |
| | **Please stop** |

27.　　Because Bitcoin transactions are recorded on a public ledger, the FBI traced the UCE's payments to the cryptocurrency wallet and determined that those funds were then

12

forwarded to a second cryptocurrency wallet associated with Binance.com. Binance.com is a cryptocurrency exchange that allows users in various countries to purchase cryptocurrencies with government-issued currencies, to send and receive cryptocurrencies, to trade and exchange cryptocurrencies, and to convert cryptocurrencies like Bitcoin into various government-issued currencies.

28. In response to a subpoena, Binance.com produced records regarding the Binance account which received the transfer from the cryptocurrency wallet that **ALICE_D013** provided to the UCE:

> Name: **SAMUEL OLASUNKANMI ABIODUN ("ABIODUN")**
> Email: PIAZROSS456@GMAIL.COM
> Address: ███████████████████████ Ilorin, 24010
> Mobile: +234-██████-1784

In addition, Binance produced a photo of the individual who registered this account. On or about September 3, 2023, **ABIODUN** was arrested by Nigerian authorities.

### Interview of defendant AFEEZ OLATUNJI ADEWALE

29. On August 17, 2023, defendant **AFEEZ OLATUNJI ADEWALE** was arrested by the EFCC in Nigeria for his involvement in this extortion scheme. On August 21, 2023, EFCC conducted a recorded interview of **ADEWALE** without any representatives from the U.S. government present. On August 22, 2023, FBI SAs William Scullin and Kathryn Weber, along with FBI Senior Digital Forensic Examiner Sameyya Stone and James Eppard from FBI's Office of Public Affairs, conducted a recorded interview of **ADEWALE**. Individuals from the EFCC were also present. Prior to beginning the interview, SA Scullin read **ADEWALE** the FBI's Advice of Rights for Suspects in Foreign Custody, which were as follows:

> We are representatives from the United Government even though we are not in the United States.

> United States laws provide you with certain rights in your dealings with us.
>
> Before we ask you any questions you must understand your rights.
>
> You have the right to remain silent even if you have already spoken to others.
>
> You do not have to speak to us now.
>
> Anything you say can be used against you in Court.
>
> You have the right to talk to a lawyer for advice before we ask you any questions.
>
> You have the right to have a lawyer with you during questioning.
>
> If you cannot afford a lawyer you have the right to have one appointed for you before any questioning if you wish.
>
> Our ability to provide you with counsel or a lawyer at this time, however, may be limited by the decisions of the local authorities or the availability of an American-trained attorney.
>
> If you decide to answer questions now without a lawyer present you have the right to stop answering at any time.
>
> I have the read the statement of my rights and understand what my rights are. At this time I am willing to answer questions without a lawyer present.

**ADEWALE** verbally acknowledged his understanding of these rights and also placed (in English) his signature in the space allotted on the aforementioned form. **ADEWALE** then agreed to speak with the interviewing Agents. On August 24, 2023, SAs Weber and Scullin conducted a follow-up, recorded interview of **ADEWALE** in the presence of EFCC members. On both occasions, **ADEWALE** spoke fluently in English to the FBI SAs.

    30.    During those interviews, SAs Weber and Scullin asked **ADEWALE** what email addresses he had access to. **ADEWALE** provided the following email addresses to the agents: ANTONIADIAZ2580@GMAIL.COM, ANTONIAANDY7226@GMAIL.COM, AFEEZOLATUNJI72@GMAIL.COM, AFEEZOLATUNJITRADINGVIEW@GMAIL.COM, AND AFEEZOLATUNJI858@GMAIL.COM. **ADEWALE** confirmed that he is the only one

who has access to and uses these email addresses. When asked about other email addresses he may have used, **ADEWALE** stated that any with "Antonia Diaz" or "Antonia Andy" in the name would have been used by him because that was his online persona for romance scams. **ADEWALE** stated that the email address **ANTONIAANDY7226@GMAIL.COM** was used primarily for "fraud conduct."

31.     **ADEWALE** stated that he was in communication with an actual person named Antonia Diaz from 2022 until May 2023. Over the course of the communications, Diaz sent **ADEWALE** a copy of her New York State Identification, U.S. Passport, and Social Security card. **ADEWALE** stated that Diaz gave him access to bank accounts. According to **ADEWALE**, he reset the password for Diaz's Bank of America account and also helped Diaz set up a new account at an unknown bank.

32.     Moreover, **ADEWALE** stated that a term used in Nigeria is "Yahoo," which is slang for cyber-crimes. According to **ADEWALE**, someone who is involved in "Yahoo" is termed a "Yahoo Boy." **ADEWALE** stated that he used the "Antonia Diaz" persona on Facebook for "Yahoo."

33.     In addition, **ADEWALE** stated that he knew **SAMUEL OLASUNKANMI ABIODUN**. Indeed, during both interviews, **ADEWALE** identified the photo produced by Binance, described above, as **ABIODUN**. **ADEWALE** stated that he was aware that **ABIODUN** was involved in fraudulent activities. **ADEWALE** knows **ABIODUN** is involved in a wide range of "Yahoo" because he is always posting screenshots of money transactions from different financial intermediaries (including Paypal, Venmo, and Google Pay). **ABIODUN** also advertises the sale of different hacked Facebook accounts for people to purchase to in turn commit cyber-crimes. **ADEWALE** confirmed that he listed **ABIODUN**, whose phone number

ends in 1784 ("**the 1784 phone number**"), as "Absam xchange" in the contacts associated with his account, AFEEZOLATUNJI858@GMAIL.COM. When asked by interviewing agents if **ADEWALE** considers **ABIODUN** a "Yahoo Boy," **ADEWALE** answered, "Hell ya."

34. Further, **ADEWALE** stated he himself created Facebook and social media accounts using photos of white women to conduct scams. **ADEWALE** stated that he considers himself to be a former "Yahoo Boy." According to **ADEWALE**, he now moves money for people. **ADEWALE** stated that he calls himself a "Picker" or a middleman for "Yahoo" money transactions.

35. **ADEWALE** admitted, that in approximately December 2022 and January 2023, **ADEWALE** was sending and receiving money on **ABIODUN**'s behalf. **ADEWALE** stated that he would typically receive a payment, retain a portion of that payment, and then transfer the balance to **ABIODUN**. According to **ADEWALE**, **ABIODUN** asked if he could use one of **ADEWALE**'s email addresses for a Zelle transaction. **ADEWALE** stated that he agreed to assist with the payment but did not give **ABIODUN** the username or password for the account.

### Evidence Contained in Adewale's Cell Phone

36. Incident to his arrest by EFCC, **ADEWALE** signed an FBI Consent to Search form for his Samsung cell phone. Data on **ADEWALE's** Samsung phone shows that **the 1784 phone number** belonging to **ABIODUN** was added to **ADEWALE's** WhatsApp account on December 20, 2022, with the last WhatsApp communication between **ADEWALE** and **ABIODUN** taking place on August 15, 2023.

37. On the night of January 3 through January 4, 2023 – the time period during which J.S. was extorted and committed suicide – there are approximately 8 incoming calls from **ABIODUN** to **ADEWALE** on WhatsApp.

38. The **4777 phone number** was associated with the Zelle account used in the successful $1,000 payment from J.S. to a BB&T Bank account prior to J.S.'s death.

39. **ADEWALE's** phone contains the below image, which shows the **4777 phone number** being linked to an account in the Zelle application.



The metadata on that image shows a creation date of January 3, 2023 (EST) – the same day as J.S.'s successful transfer of $1,000, and the day before J.S.'s suicide.

40. **ADEWALE** stated he stopped being a "Yahoo Boy" when his email **ANTONIAANDY7226@GMAIL.COM** was blocked on Zelle after someone tried to send money to it.

41. During the review of **ADEWALE's** phone, bank statements from Guaranty Trust Holdings Corporation ("GTCO") in Nigeria belonging to **ADEWALE** were discovered. During the month of December 2023, **ADEWALE** sent approximately 370,043.94₦ (about $477 USD at today's exchange rate) to **ABIODUN**.

42. On January 4, 2023, 12:53 GMT+1 (January 4, 2023 07:53 EST), **ADEWALE** sent a money transfer to **ABIODUN** for 1,220,000₦ (about $1,574 USD at today's exchange rate) from his GTCO account to **ABIODUN's** Opay Digital Services Limited account, which corresponds to **the 1784 phone number** (without the country code), as shown below:

17



This payment from **ADEWALE** to **ABIODUN** took place shortly after the payments to "JK" from J.S.

43.     Based on my training and experience, the extortion scheme that targeted J.S. is consistent with a trend of foreign-based organized groups targeting victims in the United States in various sextortion schemes. These schemes typically involve a foreign individual fraudulently purporting to be an attractive young woman, messaging young male victims within the United States, and inducing the victim to send nude photographs or videos. Once those images are sent, the extortionist or confederates threaten to release the images online unless the victim pays money. The online payment methods described above, including the use of Zelle, Venmo, and Paypal, are typical of these schemes. The use of intermediary cryptocurrency wallets, like that

18

described above, are also typical of these schemes. The use of multiple online accounts and layering of payment services are common means to conceal perpetrators' criminal activities and their true identities.

## **CONCLUSION**

44. For the reasons described above, I have probable cause to believe that **SAMUEL OLASUNKANMI ABIODUN** has violated 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1956(h) (conspiracy to commit money laundering).

/s/ Elizabeth Becker
Elizabeth Becker
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me on
this  8TH  day of September, 2023 at  3:25 PM

/s/  PAMELA A. CARLOS
HONORABLE PAMELA A. CARLOS
UNITED STATES MAGISTRATE JUDGE

19